# PROMISSORY NOTE

## NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE U.S. DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

$ 58000.00                                                Metairie          , Louisiana

February 25, 1999

FOR VALUE RECEIVED, without grace, the undersigned, in solido, promise(s) to pay to the order of the Secretary of Veterans Affairs, an Officer of the United States of America, the principal sum of Fifty-Eight Thousand Dollars ($ 58000.00 ), with interest from date at the rate of Six and 75/100ths per centum ( 6.75 %) per annum on the unpaid balance until paid. The said principal and interest shall be payable at the office of the Loan Guaranty Officer, U. S. Department of Veterans Affairs in New Orleans, Louisiana, or at such other place as the holder hereof may designate in writing delivered or mailed to the debtor, in monthly installments of Three Hundred Seventy-Six and 19/100 Dollars ($ 376.19 ), commencing on the first day of April , 1999 , and continuing on the first day of each month thereafter until this note is fully paid, except that, if not sooner paid, the final payment of principal and interest shall be due and payable on the first day of March , 2029 .

Privilege is reserved to prepay at any time, without premium or fee, the entire indebtedness or any part thereof not less than the amount of one installment, or $100, whichever is less. Prepayment in full shall be credited on the date received. Partial prepayment, other than on an installment due date, need not be credited until the next following installment due date or thirty days after such prepayment, whichever is earlier.

If any deficiency in the payment of any installment under this note is not made good prior to the due date of the next such installment, the entire principal sum and accrued interest shall at once become due and payable without notice at the option of the holder of this note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. In the event of default in payment of this note and if the same is collected by an attorney at law, I, we, or either of us, in solido, further agree to pay all costs of collection, including a reasonable attorney's fee actually incurred or paid by the holder of this note.

This note is secured by credit sale with vendor's lien on certain property described therein and represents money actually used for the acquisition of said property or the improvements thereon.

The undersigned hereby waive presentment, protest, and notice.

"NE VARIETUR" in conformity with an act of credit sale signed by the vendor before me, Notary, on the _____ day of February 19 99 .

EXHIBIT P-1

"PAY TO THE ORDER OF BANKERS TRUST COMPANY OF CALIFORNIA, N. A., AS TRUSTEE FOR VENDEE MORTGAGE TRUST 1999-2, WITHOUT RECOURSE, EXCEPT AS PROVIDED IN A LOAN SALE AGREEMENT DATED JUNE 1, 1999."

*[signature]*

CLEVELAND S. BELL, LOAN GUARANTY OFFICER, DEPARTMENT OF VETERANS AFFAIRS REGIONAL OFFICE, NEW ORLEANS, LA., ON BEHALF OF THE SECRETARY OF VETERANS AFFAIRS, PURSUANT TO THE AUTHORITY GRANTED UNDER 38 CFR 36.4342

DATED: June 24, 1999

"Ne Varietur" in conformity with an Act of Bulk Assignment passed this day before me, Notary, and recorded in the Parish of <u>CADDO.</u>
New Orleans, LA.                                 DATE: June 24, 1999

*[signature]*

Notary Public                                    Orleans Parish, LA.

JOHN C. MORRIS, III †*
CANDACE A. COURTEAU †
EMILY K. COURTEAU†*
MICHAEL A. JEDYNAK†*
JASON R. SMITH†
ASHLEY E. MORRIS†
CHELSI PULLEY*
DONECIA BANKS-MILEY†
NICHOLAS G. GREST†
† Admitted in Louisiana
* Admitted in Mississippi

# DEAN MORRIS, L.L.C.
ATTORNEYS AT LAW

*LOUISIANA DIVISION*
1505 North 19th Street, Monroe, LA 71201
Phone: 318.388.1440  Facsimile: 318.322.0887

*MISSISSIPPI DIVISION*
2309 Oliver Road, Monroe, LA 71201
855 S. Pear Orchard Rd, Ste 404 Bldg 400,
Ridgeland, MS 39157
Phone: 318.330.9020  Facsimile: 318.340.7600

OF COUNSEL:
WOOD T. SPARKS
GEORGE B. DEAN, JR.

September 15, 2016

Honorable Dale N. Atkins
Orleans Parish Clerk Of Court
Civil District
421 Loyola Ave, Room 402
New Orleans, LA  70112

    Re:    Deutsche Bank National Trust Company Fka Bankers Trust Company Of California, N.A., As Trustee For The Holders Of The Vendee Mortgage Trust 1999-2
Vs.  No. 2009-11382
Dr. William H. Wilson, Jr.
DM File No.: F16-2431

Dear Ms. Atkins:

Enclosed please find an original and one copy of a Joint Motion and Order to Substitute Counsel of Record. Once the original has been filed, please conform the copy and return to me in the self-addressed envelope enclosed.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Briana Stockett
Foreclosure Specialist

CC:    Dr. William H. Wilson, Jr.
1624 Gentilly Blvd.
New Orleans, Louisiana 70119

EXHIBIT
P-2

STATE OF LOUISIANA * PARISH OF ORLEANS * CIVIL DISTRICT COURT

DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE VENDEE MORTGAGE TRUST 1999-2

FILED:_____

BY:_____
DEPUTY CLERK

VS. NO. 2009-11382

DR. WILLIAM H. WILSON, JR.

### JOINT MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, comes HERSCHEL C. ADCOCK, JR. of the law firm THE LAW OFFICES OF HERSCHEL C. ADCOCK, JR. attorney of record for plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE VENDEE MORTGAGE TRUST 1999-2 and NICHOLAS G. GREST, of the law firm DEAN MORRIS, L.L.C., who represent as follows:

NICHOLAS G. GREST and the law firm DEAN MORRIS, L.L.C., has been retained by DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE VENDEE MORTGAGE TRUST 1999-2 and desires to enroll as counsel of record for said plaintiff.

WHEREFORE, MOVERS PRAY that HERSCHEL C. ADCOCK, JR. and the law firm THE LAW OFFICES OF HERSCHEL C. ADCOCK, JR. be permitted to withdraw as counsel of record for plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE HOLDERS OF THE VENDEE MORTGAGE TRUST 1999-2 and that NICHOLAS G. GREST and the law firm DEAN MORRIS, L.L.C. be enrolled as counsel of record for said plaintiff.

Respectfully submitted,

THE LAW OFFICE OF HERSCHEL C. ADCOCK, JR.
13541 Tiger Bend Road
Baton Rouge, Louisiana 70817
(225) 756-0373

By:_____
HERSCHEL C. ADCOCK, JR.
Bar Roll #17903

DEAN MORRIS, L.L.C.
P.O. Box 2867
1505 North 19th Street
Monroe, Louisiana 71201
(318) 388-1440

By:_____
NICHOLAS G. GREST
Bar Roll #36751
ATTORNEYS FOR PLAINTIFF

**CARRINGTON**
MORTGAGE SERVICES

P.O. Box 3549
Anaheim, CA 92803

0017465    02 MB 0.416  **AUTO   8 0 9426 70002-461701   -C04-P17482-I
WILLIAM H WILSON
3701 Division St Ste 131
Metairie LA 70002-4617

**Property Address:**
1624 GENTILLY BLVD.
NEW ORLEANS, LA 70119

Loan Number: 7000099055

09/10/2016

## NOTICE OF SERVICING TRANSFER

Re: Carrington Mortgage Services Loan #: 7000099055
    Bank of America N.A. Loan #: 2997027

Dear Customer(s):

The servicing of your mortgage loan is being transferred, effective 09/01/2016. This means that after this date, Carrington Mortgage Services, LLC ("CMS") will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Bank of America N.A. is now collecting your payments. Bank of America N.A. will stop accepting payments received from you after 08/31/2016.

CMS will collect your payments going forward. CMS will start accepting payments received from you on 09/01/2016.

**Send all payments due on or after** 09/10/2016 **to CMS at this address:** **Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062.** Please include your new CMS loan number as specified at the top of this letter on your check and all future correspondence.

If you have any questions for either your present servicer, Bank of America N.A. or your new servicer, CMS, about your mortgage loan or this transfer, please contact them using the information below:

Current Servicer:

Bank of America N.A.
Customer Service Department
800-669-6607
Customer Service Correspondence
P.O. BOX 31785
Tampa, FL 33631-3785

New Servicer:

Carrington Mortgage Services, LLC
Attention: Customer Service Department
800-561-4567
P.O. Box 3489
Anaheim, CA  92803


EXHIBIT P.3

HELLO_DVL
9426-04-00-0017465-0001-0070211

7000099055

Page 1 of 8

# NOTICE
## *Pursuant to Fair Debt Collection Practices Act*
## *15 U.S.C. Section 1692, et seq.*

CMS Loan #: 7000099055
Current Creditor: Vendee Mortgage Trust 1999-2 Vendee Mortgage Trust
Current Servicer: Carrington Mortgage Services, LLC (CMS)

Dear Borrower:

This Notice is to remind you that you owe a debt. As of the date of this Notice, the amount of the debt you owe is $152,004.42.

In addition, we would like to advise you that you have thirty (30) days after receipt of this Notice to dispute the validity of the above debt, or any portion thereof, and if you do not do so, we will assume the debt is valid. If you notify us in writing within this thirty (30) day period that you dispute the debt, or any portion thereof, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by us.

Upon your written request within thirty (30) days after receipt of this Notice, we will provide you with the name and address of your original creditor, if different from your current creditor.

If you have any questions concerning this loan, please call our toll free number at 800-561-4567. Our office hours are from Monday through Friday 8:00 a.m. to 8:00 p.m. Eastern Time.

**YOU HAVE THE RIGHT TO MAKE A WRITTEN REQUEST TO CMS TO CEASE FURTHER COMMUNICATION WITH YOU. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT CMS FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.**



P.O. Box 3489, Anaheim, CA 92803
(800) 561-4567

11/30/16

WILLIAM H WILSON
3701 DIVISION ST STE 131
METAIRIE    LA  70002

Property Address:    1624 GENTILLY BLVD.
    NEW ORLEANS    LA 70119

Loan Number:    7000099055

Dear Mortgagor(s):

This letter is in response to your Qualified Written Request ("QWR") received in our office on 10-24-16. Carrington Mortgage Services, LLC ("CMS") is committed to responsible lending and servicing and we would like to address your recent correspondence received in our office.

Your recent correspondence requested that it be treated as a QWR under the Real Estate Settlement Procedures Act ("RESPA). As indicated below, we dispute the characterization of your correspondence as a QWR.

A QWR is defined by RESPA as a written correspondence that identifies the name and account of the Borrower and includes either a statement of the reasons for the Borrower's belief that the account is in error, or provides sufficient detail to the Servicer regarding other information relating to servicing of the loan sought by the Borrower. 12 USC Section 2605(e)(1)(B) and Regulation X Section 3500.21(e)(2).

In addition, in order to qualify for QWR status, a request for information must be limited to requests for "information relating to the servicing of [a] loan". 12 U.S.C. Section 2605(e)(1)(A). "Servicing" is defined in Section 6(i)(3) of RESPA (12 USC Section 2605(i)(3)) as "receiving any scheduled periodic payments from a Borrower pursuant to the terms of any loan, including amounts for escrow accounts described in Section 10, and making the payments to principal and interest and such other payments with respect to the amounts received from the Borrower as may be required pursuant to the terms of the loan".

In *Morequity v. Naeem*, 118 F. Supp. 2d 885 (N.D. Ill. 2000), the Federal District Court held that the Borrowers did not tender a QWR to their Servicer when they submitted a letter to the Servicer seeking information about the validity of the mortgage loan and mortgage loan documents. The Court stated that since the request did not relate to the servicing of the mortgage loan, it did not constitute a QWR under RESPA.

EXHIBIT
P-4

CS394    Page 1 of 2



**CARRINGTON**
MORTGAGE SERVICES

P.O. Box 3489, Anaheim, CA 92803
(800) 561-4567

---

As in *Morequity*, the requests here do not relate to the servicing of the Loan. In addition, they do not refer to any potential errors in the Loan, as required by 12 USC Section 2605(e)(1)(B)(ii). Your recent correspondence fails to provide any basis for any belief regarding an error in relation to the account other than making generalized discovery requests. However, a QWR, as defined in RESPA and Regulation X and as analyzed in numerous federal cases that have looked at this issue, is not intended to be a mechanism for unfettered discovery. Rather, it is solely intended to provide a mechanism for the Servicer to explain to the Borrower perceived errors in the accounting relating to the servicing of the mortgage loan.

Nevertheless, we have reviewed the information in connection with your request and provide you with information below regarding the account status and have enclosed the following documents for your review and record: Residential Loan Application, Note, Security Instrument/Deed of Trust and Payment History.

As of the date of this letter the above-referenced loan is due for the 12/01/07 payment, for a total amount due of $164,279.95. If the total amount due is more than the Principal, Interest and Escrow payment, it may be due to outstanding late charges and fees that have been billed to the loan. The last payment received and posted to the loan was on 11/01/07. If the payment is past due, default has occurred as funds have not been received which would bring the loan current.

Please find below the Original Principal Balance, Current Principal Balance, a breakdown of the current Principal and Interest payment, Escrow (if applicable), Escrow Balance and any funds held in Unapplied/Suspense.

| | |
|---|---|
| Original Principal Balance: | $ 58000.00 |
| Current Principal Balance: | $ 50968.01 |
| Principal & Interest: | $ 376.19 |
| Escrow Payment: | $ 568.03 |
| Escrow Balance: | $ -53970.79 |
| Unapplied Balance: | $ .00 |

*Please be advised the figures provided to you are not payoff or reinstatement figures.

Our records indicate the current investor/note holder of the loan is: BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE OF VENDEE MORTGAGE TRUST DEUTSCHE BANK NATIONAL TRUST COMPANY FORMERLY KNOWN AS 1999-2. The investor is located at: 1761 E. St. Andrew Place, Santa Ana, CA 92705-4934, with a phone number of 714-247-6000. CMS is the current servicer of this loan on behalf of the investor/trustee with rights to enforce the terms of the security instrument and collect on the debt. The investor/holder may be contacted through CMS at PO Box 3549, Anaheim, CA 92803 or by telephone at (800) 561-4567.

We trust we have fully addressed your concerns regarding this matter. However, should you have further questions, please contact our Loan Service Department at (800) 561-4567, Monday through Friday, 8:00 AM to 8:00 PM, Eastern Time. You may also contact us via our mailing address at P.O. Box 3489 Anaheim, CA 92803 or by logging on to our website at www.carringtonms.com.

Sincerely,

*Dora Hernandez*
Dora Hernandez
Customer Service Research Department
Carrington Mortgage Services, LLC

Enclosure

CS394



P.O. Box 3489
Anaheim, CA 92803
(800) 561-4567

Date: 03/07/17

WILLIAM H WILSON
3701 DIVISION ST STE 131
METAIRIE        LA  70002

Property Address:      1624 GENTILLY BLVD..
                       NEW ORLEANS      LA 70119

Loan Number:    7000099055

Dear Mortgagor(s):

You are receiving this correspondence as the Customer Service Research Department of Carrington Mortgage Services, LLC ("CMS") has received your inquiry regarding the above-referenced loan. Our records are currently being reviewed in an effort to address your concern(s), and you will be notified shortly of the results.

Please note that as of the date of this letter the above-referenced loan is due for the 12/01/07 payment, for a total amount due of $168202.07. If the total amount due is more than the Principal, Interest and Escrow payment, it may be due to outstanding late charges and fees that have been billed to your loan. The last payment received and posted to your loan was on 11/01/07. If the payment is past due, default has occurred as funds have not been received which would bring the loan current.

Please find below the Original Principal Balance, Current Principal Balance, a breakdown of your current Principal and Interest payment, Escrow (if applicable), Escrow Balance and any funds held in Unapplied/Suspense.

| | |
|---|---|
| Original Principal Balance: | $58000.00 |
| Current Principal Balance: | $50968.01 |
| Principal & Interest: | $376.19 |
| Escrow Payment: | $568.03 |
| Escrow Balance: | $-55600.45 |
| Unapplied Balance: | $.00 |

*Please be advised the figures provided to you are not payoff or reinstatement figures.

Our records indicate the current investor/note holder of the loan is: DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE OF VENDEE MORTGAGE TRUST 1999-2. CMS is the current servicer of this loan on behalf of the investor/trustee and the investor/holder may be contacted through CMS at PO Box 3489, Anaheim, CA 92803 or by telephone at (800) 561-4567.



CS278



P.O. Box 3489
Anaheim, CA 92803
(800) 561-4567

CMS is committed to customer satisfaction, and we appreciate your patience while we process your correspondence received in our office. If you have additional questions regarding this matter, please contact our Loan Servicing Department at (800) 561-4567, Monday through Friday, 8:00 AM to 8:00 PM, Eastern Time.

Sincerely,

Customer Service Department
Carrington Mortgage Services, LLC

CS278



## IMPORTANT DISCLOSURES

**-INQUIRIES & COMPLAINTS-**
For inquiries and complaints about your mortgage loan, please contact our CUSTOMER SERVICE DEPARTMENT by writing to Carrington Mortgage Services, LLC, Attention: Customer Service, P.O Box 3489, Anaheim, CA 92803, or by calling 1-800-561-4567. Please include your loan number on all pages of correspondence. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at carringtonms.com.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers CMS' compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS-**
You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting Carrington Mortgage Services, LLC at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time or by mail at P.O. Box 3489, Anaheim, CA 92803.



### ARKANSAS
**Arkansas Residents Only**
Carrington Mortgage Services, LLC ('CMS') is licensed with the Arkansas Securities Department. You may file complaints about CMS with the Arkansas Securities Department (Department) at 201 East Markham, Heritage West Building, Suite 300, Little Rock, Arkansas 72201. You may obtain further information by calling the Department's general information number at (501) 324-9260 or toll-free, (800) 981-4429 or faxing the Department at (501) 324-9268 or visiting the Department's website at http://www.securities.arkansas.gov. For a list of standard or common loan servicing fees charged by CMS, please visit the CMS website at carringtonms.com/HelpCenter/FAQ.

### COLORADO
For Colorado Residents:
7200 S. Alton Way, Ste B180
Centennial, CO 80112
(303) 708-8795

### MASSACHUSETTS
### NOTICE OF IMPORTANT RIGHTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

### MINNESOTA
Carrington Mortgage Services, LLC is licensed by the Minnesota Department of Commerce.

### NEW YORK
New York City Department of Consumer Affairs License Number 1264739
This Collection agency is licensed by the City of Buffalo license numbers: 555177 & 555176
City of Yonkers Debt Collection Agency License Number: 9717

**For New York residents:** You may file complaints about CMS with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services.

### NORTH CAROLINA
Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Agency Licenses with Permit Nos. 102107, 103455 and 112956 Main Office: 1600 South Douglass Road, Suites 110 & 200-A, Anaheim, CA 92806 / Branch Offices: 2100 E. 196th Street, Suites 100 & 200, Westfield, IN 46074 & 6200 Tennyson Parkway, Suite 210, Plano, TX 75024.

### TENNESSEE
This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

### TEXAS
**Notice to Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550.

C3_1678 PSGSRL01 18484 08/21/2015


**Bank of America**
Home Loans

P.O. Box 31785
TAMPA, FL 33631-3785

**IMPORTANT INFORMATION ENCLOSED**

AT2      5-772-35063-0000337-001-1-000-000-000-000

WILLIAM H WILSON JR
3701 DIVISION ST STE 131
METAIRIE, LA 70002

Send Correspondence to:
P.O. Box 31785
TAMPA, FL 33631-3785

Business Address:
450 American Street
Simi Valley, CA 93065-6285

Notice Date:   August 11, 2016

Loan No.:      2997027

Property Address:
1624 Gentilly Blvd.
New Orleans, LA 70119

WILLIAM H WILSON JR:

The servicing of your home loan will transfer to Carrington Mortgage Services, LLC on September 01, 2016.

IMPORTANT INFORMATION ABOUT THE SERVICING OF YOUR HOME LOAN

On September 01, 2016, the servicing of your above referenced mortgage loan will transfer to Carrington Mortgage Services, LLC. As of that date, your new servicer, Carrington Mortgage Services, LLC, will support all of your loan servicing, including billing, payment processing, and customer support. You will no longer receive mortgage statements from Bank of America; instead, your statements will be sent by Carrington Mortgage Services, LLC.

Enclosed is a **Notice of Servicing Transfer** from Bank of America regarding the above referenced loan. No action is required on your part in response to this notice. In addition to the information provided in this letter, this notice will contain important information about the servicing transfer of your loan. Please note this servicing transfer only applies to the loan noted above. Other loans you may have with us will not be affected by this change unless you are notified. **Please review this notice and retain it for your records.**

In the mortgage lending industry, the transfer or sale of loan servicing to other servicing institutions is a common practice and we'll work closely with Carrington Mortgage Services, LLC to make the transition as smooth as possible. If you have any questions or concerns regarding this transfer, we're available to answer your questions Monday-Friday 7a.m. to 7p.m. Local Time at 1-800-669-6607.

WHAT YOU NEED TO KNOW

If you are currently being considered for a loan modification or other foreclosure avoidance program, your new servicer Carrington Mortgage Services, LLC is aware of your current status and will have all of your documents. Please contact Carrington Mortgage Services, LLC to complete the process and determine which programs may best suit your current situation. For more information on working with Carrington Mortgage Services, LLC, please review the frequently asked questions below.

ANSWERS TO QUESTIONS YOU MAY HAVE

What will change with my servicing transfer?
- Your loan number and payment address information will change once your loan has been transferred. Please look for a letter from Carrington Mortgage Services, LLC within the next few weeks which will outline this important information.
- The transfer of your loan to Carrington Mortgage Services, LLC does not affect any terms or conditions of your mortgage loan, other than those terms directly related to the servicing of the loan.
- Your monthly payment will not be affected by this transfer.

Will the quality of my loan service change?
- We expect that the quality of your loan service will not change. We are transferring servicing on your loan to Carrington Mortgage Services, LLC; an experienced mortgage servicer who will work with you on your mortgage concerns.

Where should I make my home loan payments?
- You should continue to make your monthly payment to Bank of America through August 31, 2016. You will begin making payments to Carrington Mortgage Services, LLC on September 01, 2016.
- If you do not receive a billing statement from Carrington Mortgage Services, LLC before the payment is due, write your new loan number on your check and mail it to the payment address shown on the enclosed notice. Please note, if you do not have the new loan number, you may write your old Bank of America loan number on the check.

What if I have automatic payments set up with Bank of America?

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

EXHIBIT P-6

Loan No.: 2997027                                              Notice Date: August 11, 2016

## NOTICE OF SERVICING TRANSFER



You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, will be assigned, sold or transferred from **Bank of America, N.A.** to **Carrington Mortgage Services, LLC,** effective September 01, 2016.

The transfer of the servicing of your mortgage loan does not affect any terms or conditions of the mortgage instruments, other than those terms directly related to the servicing of your loan. Except in limited circumstances, federal law requires that your present servicer send you this notice at least 15 calendar days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 calendar days after this effective date or at closing.

**YOUR SERVICER PRIOR TO SEPTEMBER 01, 2016:**

Your *present servicer* is **Bank of America, N.A.**. If you have any questions relating to the transfer of servicing from your present servicer, please call **Bank of America, N.A.** Customer Service at 1-800-669-6607, Monday-Friday 7a.m. to 7p.m. Local Time. This is a toll-free number. The address to send written questions to your present servicer relating to the transfer of servicing of your mortgage loan (but not your loan payments) is: Customer Service Correspondence, P.O. Box 31785, TAMPA, FL 33631-3785.

**YOUR NEW SERVICER ON AND AFTER SEPTEMBER 01, 2016:**

Your *new servicer* will be **Carrington Mortgage Services, LLC.**

Phone Number for Questions Related to Servicing Transfer
The telephone number of **Carrington Mortgage Services, LLC** is 1-800-561-4567. If you have any questions relating to the transfer of servicing to your new servicer, please call **Carrington Mortgage Services, LLC** Customer Service toll-free at 1-800-561-4567, 8:00 AM to 8:00 PM, Eastern Standard Time, Monday through Friday.

Address for Written Questions Related to Servicing Transfer
The address to send written questions related to the transfer of servicing to **Carrington Mortgage Services, LLC** is:

Carrington Mortgage Services, LLC
P.O. Box 3489

Anaheim, CA  92803

Address for Mailed Payments
The address to send payments to **Carrington Mortgage Services, LLC** is:

Carrington Mortgage Services, LLC
Attn: Cashiering , P.O. Box 79001
Phoenix, AZ  85062

Please include your loan number on all checks, cashier's checks and other payments sent to **Carrington Mortgage Services, LLC.**

**INFORMATION CONCERNING YOUR LOAN PAYMENTS:**

The date that **Bank of America, N.A.** will stop accepting payments from you is August 31, 2016.

The date that your *new servicer* **Carrington Mortgage Services, LLC** will start accepting payments from you is September 01, 2016. Send all payments due on or after that date to your *new servicer*.

**INFORMATION ABOUT OPTIONAL INSURANCE PRODUCTS:**

The transfer of servicing may affect the terms of or the continued availability of credit insurance, accidental death insurance or any other type of optional insurance in the following manner: **Bank of America, N.A.** will no longer make payments to the insurance company on your behalf. As a result, your coverage may be cancelled.

To see if it is possible to maintain coverage, you will need to contact your insurance provider to find out if you are still eligible to receive the coverage and/or to arrange another payment method.

**TREATMENT OF PAYMENTS FOR THE 60 DAYS AFTER SERVICING TRANSFER:**

Under federal law, during the 60-day period beginning the effective date of the transfer of the servicing of your mortgage loan, a loan payment received by current servicer on or before its due date may not be treated by the new servicer as late and a late fee may not be imposed on you.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America

Beginning September 01, 2016, Carrington Mortgage Services, LLC can assist you with any questions related to your home loan and the transfer of servicing. Carrington Mortgage Services, LLC's customer service number is 1-800-561-4567, 8:00 AM to 8:00 PM, Eastern Standard Time, Monday through Friday.



MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act (SCRA) and similar state laws provide significant protections and benefits to eligible military service personnel. However, military service and/or SCRA qualification may not necessarily prevent foreclosure. If your loan is in default, a court may authorize foreclosure. If you are having difficulty making your payments, please call us as soon as you can so we can discuss various home retention options. You can reach our Enterprise Military Benefits Unit at 877.345.0693. From outside the U.S., please call us at 817.245.4094. Both numbers are available 24/7. Homeowner counseling is also available at agencies such as Military OneSource at militaryonesource.mil or 800.342.9647 and Armed Forces Legal Assistance at legalassistance.law.af.mil, and through HUD-approved housing counseling agencies, which you can find at hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

This communication is from Bank of America, N.A., the servicer of your home loan.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.