UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM WILSON, JR. | CIVIL ACTION |
| VERSUS | NO. 17-2997 |
| NICHOLAS GREST, ET AL. | SECTION "R" (4) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __2nd__ day of November, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE